UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| TERRY MICHAEL PUTNAM,<br>    Plaintiff,<br><br>V.<br><br>BRADLEY BEVERLEY, et al.<br>    Defendants. | CIVIL ACTION NO. 5:17-441<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the magistrate judge's recommendation (DE 50) that the Court dismiss this action for failure to prosecute. Plaintiff Terry Michael Putnam has filed no objections to the recommendation. The Court has reviewed the recommendation and agrees with its analysis. Accordingly, the Court hereby orders that this matter is DISMISSED for failure to prosecute. The Court will enter a judgment consistent with this opinion.

Dated April 17, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY